IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DIETRICK LEWIS JOHNSON, SR. #19831-078 | § § § | |
| VS. | § § | CIVIL ACTION NO. 6:15cv477 |
| MEDICAL DEPT. MICHAEL UNIT, ET AL. | § | |

ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (doc. #20) is **ADOPTED**. It is further

**ORDERED** that the Defendants' motion to dismiss pursuant to 28 U.S.C. § 1915(g) (doc. #16) is **GRANTED**. It is further

**ORDERED** that the complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). It is further

**ORDERED** that the Plaintiff's *in forma pauperis* status is **REVOKED**. The Plaintiff may resume his lawsuit if he pays the entire filing fee of $400 within thirty days from the entry of this Order of Dismissal. It is finally

**ORDERED** that all motions not previously ruled on are **DENIED**.

**It is SO ORDERED.**

**SIGNED this 21st day of October, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE